### VALLEY THEATRES, Inc., et al. v. FAIRBAIRN. (No. 8272.)

Court of Civil Appeals of Texas. San Antonio. Nov. 6, 1929.

Rehearing Denied Dec. 11, 1929.

Du Val West, Jr., of Harlingen, for appellants.

Carter & Stiernberg, of Harlingen, for appellee.

FLY, C. J. The transcript in this case was filed in this court on June 7, 1929. No briefs for appellant have been filed in this court. The cause was tried on February 6, 1929, and judgment rendered February 19, 1929, at an extended term of the court ordered by the trial judge. The court had the authority to extend the term of the court to have time to properly render the judgment. Article 1923, Rev. St. 1925; Gulf, C. & S. F. R. Co. v. Muse, 109 Tex. 352, 207 S. W. 897, 4 A. L. R. 613.

The appeal is dismissed.